IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KEVIN W. MOORE                                                                                    PLAINTIFF

v.                                         CASE NO. 2:22-CV-2049

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc.18) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this April 24, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE